**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK DAVIS, | Case No.: 2:24-cv-00607-APG-DJA |
| Plaintiff | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| TRUMP RUFFIN TOWER I, LLC, et al., | |
| Defendants | |

In light of the removing defendants' response to the order to show cause (ECF No. 10),

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 9th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE